UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ISHMAEL SALAHUDDIN, Petitioner | § § § | |
| v. | § § | Civil No. 2:08-138 |
| NATHANIEL QUARTERMAN, Respondent | § § § | |

## ORDER DENYING CERTIFICATE OF APPEALABILITY

On August 30, 2010, the Court entered an order denying Petitioner's motion for relief from judgment under FED. R. CIV. P. 60(b). *See* D.E. 55. The Court's order does not address whether Petitioner is entitled to a certificate of appealability to appeal that order.

A certificate of appealability is generally needed to appeal the denial of a motion seeking relief from judgment in a habeas case. *Ochoa Canales v. Quarterman*, 507 F.3d 884, 888 (5th Cir. 2007). The Court adopts the Magistrate Judge's analysis on this issue as set forth in her August 11, 2010, memorandum. *See* D.E. 52. Accordingly, should Petitioner request a certificate of appealability, it is DENIED.

ORDERED this __17__ day of _____, 2010.

HAYDEN HEAD
SENIOR U.S. DISTRICT JUDGE

1